IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> YANSHAN COUNTY QINGQING CLOTHING DEPARTMENT, et al., <br><br> Defendants. | Case No. 23-cv-00149 <br><br> **Judge Sara L. Ellis** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Converse Inc. ("Plaintiff" or "Converse"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case.[1] In support of this Motion, Converse submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

Dated this 7th day of March 2023.

Respectfully submitted,

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Converse Inc.*

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as Exhibit 1.

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March 2023, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Jake M. Christensen
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Marcella D. Slay
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
mslay@gbc.law

*Counsel for Plaintiff Converse Inc.*