IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> YANSHAN COUNTY QINGQING CLOTHING DEPARTMENT, et al., <br><br> Defendants. | Case No. 23-cv-00149 <br><br> **Judge Sara L. Ellis** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff Converse Inc. ("Plaintiff" or "Converse") against the defendants identified on Schedule A, and using the Defendant Online Marketplace Accounts identified on Schedule A (collectively, the "Online Marketplaces"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Converse's federally registered trademarks (the "Converse Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Converse Trademarks. *See* Docket No.[16], Exhibit 3 to the Declaration of Joe Pallett, which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Converse Trademarks.

A list of the Converse Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 369,971 | ALL STAR | For: Athletic shoes of rubber and fabric in class 25 |
| 868,375 | CONVERSE | For: Clothing-namely, industrial boots, rubber boots, tennis shoes, basketball shoes, boat |

| | | |
|---|---|---|
| | | shoes, general purpose athletic sneakers, casual shoes, jackets, trousers, parkas, shirts, raincoats in class 25 |
| 1,206,260 | SKIDGRIP | For: Footwear in class 25 |
| 1,275,191 | ALL STAR | For: All Purpose Sports Bags in class 18 |
| 1,276,236 | ALL STAR | For: Shirts in class 25 |
| 1,493,265 | CONS | For: Footwear in class 25 |
| 1,790,496 | CONS | For: Clothing; namely, knit T-shirts, woven shirts, knit and woven pants, sports caps and knit caps, and spandex exercise wear; namely, T-shirts, sweat pants, shorts, and tank tops in class 25 |
| 1,868,363 | CONVERSE | For: Clothing; namely, knit T-shirts, collar placket shirts, woven shirts, swimwear, knit and woven shorts, knit and woven pants, tank tops, fleece tops and bottoms, wind resistant suits and jackets, sports caps and knit caps in class 25 |
| 2,453,856 | CONVERSE.COM | For: Computer services, namely, providing an interactive database of information on clothing, footwear, sporting equipment and activities, and sports personalities in class 42 |
| 2,466,322 | CONVERSE | For: Bookbags in class 18 |
| 2,683,548 | WEAPON | For: Footwear in class 25 |
| 2,807,854 | ALL STAR | For: Footwear in class 25 |
| 2,810,717 | CONVERSE | For: Socks in class 25 |
| 2,869,353 | CONVERSE | For: Eyeglasses, sunglasses, all purpose sports goggles, optical frames and accessories therefor in class 9 |
| 2,872,822 | CONVERSE | For: Sports bags in class 18 |
| 3,175,430 | CONVERSE | For: Retail store services featuring footwear, clothing, sports bags and book bags in class 35 |

| | | |
|---|---|---|
| 3,191,460 | FIRST STAR | For: Footwear in class 25 |
| 3,289,613 | CONVERSE | For: Shoe laces in class 26 |
| 3,534,741 | CHUCK TAYLOR | For: Footwear; clothing, namely, t-shirts, tank tops and sweat shirts, headgear, namely, sports caps and knit caps in class 25 |
| 3,847,775 | STAR PLAYER | For: Footwear in class 25 |
| 4,417,013 | RUBBER TRACKS | For: Recording studio services; Recording studios in class 41 |
| 5,722,153 | CHUCK 70 | For: Footwear in class 25 |
| 121,760 | [Converse C/X logo] | For: Boots and shoes made of or containing rubber in class 25 |
| 315,273 | [Chuck Taylor signature] | For: Shoes made of rubber, leather, fabric, and combinations thereof in class 25 |
| 583,097 | [Jack Purcell signature] | For: Rubber-soled canvas shoes for the use of men, women, and children in class 25 |
| 741,662 | [Star design] | For: Canvas-Topped, Rubber-Soled Athletic Shoes in class 25 |
| 924,169 | [Converse star logo] | For: Basketball shoes, general purpose athletic sneakers in class 25 |

4

| | | |
|---|---|---|
| 938,918 | Jack Purcell | For: Footwear-namely, rubber-soled canvas shoes in class 25 |
| 1,078,480 | ★ CONVERSE | For: Footwear in class 25 |
| 1,138,468 | ★CONVERSE ALL STAR | For: Footwear in class 25 |
| 1,138,469 | CONVERSE Chuck Taylor ALL STAR | For: Footwear in class 25 |
| 1,146,876 | ALL★STAR | For: Footwear in class 25 |
| 1,215,935 | ★▶ | For: Shirts in class 25 |
| 1,525,779 | ☆▷ | For: Socks in class 25 |
| 1,632,413 | | For: Footwear in class 25 |

5

| | | |
|---|---|---|
| | [star logo] | |
| 1,654,951 | CONVERSE | For: Clothing; namely, footwear in class 25 |
| 1,738,330 | [Converse Chuck Taylor All Star circular logo] | For: All-purpose sports bags in class 18 |
| 1,789,476 | [star in dashed circle] | For: Footwear in class 25 |
| 1,804,563 | CONVERSE | For: Clothing; namely, knit T-shirts, collar placket shirts, knit and woven shorts, woven pants, tank tops, fleece tops and bottoms, wind resistant suits and jackets sports caps in class 25 |
| 1,868,414 | ONE ★ STAR | For: Footwear in class 25 |
| 1,877,671 | [Converse Chuck Taylor All Star circular logo] | For: Clothing; namely, T-shirts, shorts, tank tops, sweatsuits, vests, pants, jackets, and outerwear; namely, lined jackets in class 25 |

6

| | | |
|---|---|---|
| 1,981,319 | ALL★STAR | For: Clothing; namely, T-shirts, shorts, tank tops, sweatsuits, vests, pants, jackets, sweaters, jeans and outerwear; namely, lined jackets, and nylon jackets in class 25 |
| 2,063,154 | CONVERSE Chuck Taylor ALL STAR | For: Headwear, namely, sport and knit hats and caps in class 25 |
| 2,098,296 | CONVERSE ALL★STAR | For: Athletic footwear, and clothing, namely, T-shirts, shorts, hats, jackets, tank tops, sweatpants and sweatshirts in class 25 |
| 2,435,788 | CONVERSE Chuck Taylor ALL STAR | For: T-shirts in class 25 |
| 2,435,789 | ALL★STAR | For: Clothing namely, t-shirts in class 25 |

| | | |
|---|---|---|
| 2,466,301 | | For: Book bags in class 18 |
| 2,856,926 | | For: Apparel, namely, warm-up suits, shirts, pants, jackets and shorts in class 25 |
| 2,973,804 | | For: Footwear in class 25 |
| 3,481,708 | | For: Footwear; clothing, namely, t-shirts, short and long sleeved tops, short and long sleeved t-shirts, exercise wear, namely, sweat suits, and headgear, namely, sports caps in class 25 |
| 1,053,338 | | For: Canvas and imitation leather topped soft soled athletic shoes and casual shoes in class 25 |
| 1,490,262 | | For: Athletic footwear in class 25 |
| 1,588,960 | | For: Athletic footwear in class 25 |

|  |  |  |
|---|---|---|
|  | (sole tread pattern drawing) |  |
| 1,658,256 | (shoe sole outline drawing) | For: Footwear in class 25 |
| 1,998,884 | (shoe midsole drawing) | For: Footwear in class 25 |
| 3,258,103 | (shoe sole drawing) | For: Footwear in class 25 |
| 4,062,112 | (shoes drawing) | For: Athletic footwear in class 25 |

9

| | | |
|---|---|---|
| 4,065,482 | | For: Athletic footwear in class 25 |
| 4,398,753 | | For: Footwear in class 25 |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the Converse Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Converse product or not authorized by Converse to be sold in connection with the Converse Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Converse product or any other product produced by Converse, that is not Converse's or not produced under the authorization, control, or supervision of Converse and approved by Converse for sale under the Converse Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Converse, or are sponsored by, approved by, or otherwise connected with Converse; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Converse, nor authorized by Converse to be sold or offered for sale, and which bear any of Converse's trademarks, including the Converse Trademarks, or any reproductions, counterfeit copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com ("Amazon"), ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the online marketplace accounts, or any other online marketplace account that is being used

11

        to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the Converse Trademarks; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Converse Trademarks or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine Converse product or not authorized by Converse to be sold in connection with the Converse Trademarks.

3. Upon Plaintiff's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Converse Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000.00) for willful use of counterfeit Converse Trademarks on products sold through at least the Online Marketplaces. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), Walmart, Etsy, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Online Marketplaces from transferring or disposing of any

funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, Walmart, Etsy, DHgate, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, Walmart, Etsy, DHgate, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallett and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Default Judgment.

Dated: March 24, 2023

Sara L. Ellis
United States District Judge

Converse, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 23-cv-00149

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | cnqingqingclothing.en.alibaba.com | Yanshan County Qingqing Clothing Department |
| 2 | aliexpress.com/store/1101683726 | 15151912678 Store |
| 3 | aliexpress.com/store/1100536203 | 3R friendly Store |
| 4 | aliexpress.com/store/912258110 | Aboon Outdoor Store |
| 5 | aliexpress.com/store/1101614620 | ALaping Shoe Store |
| 6 | aliexpress.com/store/1100837402 | aliangstory kids' Store |
| 7 | aliexpress.com/store/1102052185 | Amazing Shoes Store |
| 8 | aliexpress.com/store/1100916958 | Angle Home |
| 9 | aliexpress.com/store/1101282797 | AOGT TeTe Store |
| 10 | aliexpress.com/store/1101747735 | Arcari's Store |
| 11 | aliexpress.com/store/1101259361 | Babaya Footwear Store |
| 12 | aliexpress.com/store/1101892932 | Babybling Store |
| 13 | aliexpress.com/store/1102049776 | BKQU VIP Store |
| 14 | aliexpress.com/store/1101308282 | BLCG001 Store |
| 15 | aliexpress.com/store/1101799090 | BXGHGXST Discount Store |
| 16 | aliexpress.com/store/1101338217 | chentel runway mqshoes Store |
| 17 | aliexpress.com/store/1101753997 | Cloud's clothes Store |
| 18 | aliexpress.com/store/1101757738 | COMEMOREBUYER Store |
| 19 | aliexpress.com/store/1101961124 | cream baby go go go Store |
| 20 | aliexpress.com/store/1101930655 | DAY-DAY UP Store |
| 21 | aliexpress.com/store/1101771500 | Deezla Official Store |
| 22 | aliexpress.com/store/1102018612 | DELIO Store |
| 23 | aliexpress.com/store/1102162849 | Dollbling Official Store |
| 24 | aliexpress.com/store/4373093 | DQ08 Store |
| 25 | aliexpress.com/store/1101495387 | Dropship-006 Store |
| 26 | aliexpress.com/store/1101277183 | ELVISWORD Printing Design Shoe Store |
| 27 | aliexpress.com/store/1101207879 | ERRFCSHOES Store |
| 28 | aliexpress.com/store/912628215 | Eryigit Global Store |
| 29 | aliexpress.com/store/911293143 | fafafa 2021 Store |
| 30 | aliexpress.com/store/1100735761 | FEIYINOE Store |
| 31 | aliexpress.com/store/1101438024 | Fivefivefive Store |

| 32 | aliexpress.com/store/1101414409 | franchiser Store |
|---|---|---|
| 33 | aliexpress.com/store/1102077256 | FUGUIDAJI Store |
| 34 | aliexpress.com/store/1101672701 | FuYu Store |
| 35 | aliexpress.com/store/1101400020 | GJKLAS manufacturer Store |
| 36 | aliexpress.com/store/1102017398 | go all out baby Store |
| 37 | aliexpress.com/store/1100863855 | GT-CECD Official Store |
| 38 | aliexpress.com/store/1101226940 | Guitar Sheep Store |
| 39 | aliexpress.com/store/1101930232 | HD-3DCUSTOM Store |
| 40 | aliexpress.com/store/1101821131 | huangwanjun Store |
| 41 | aliexpress.com/store/1102081194 | HUANQIU Exclusive Shoe Store |
| 42 | aliexpress.com/store/1102120575 | ICCLEK Custom Store |
| 43 | aliexpress.com/store/1101245163 | instantarts Official Store |
| 44 | aliexpress.com/store/1101250667 | JawayKids Official Store |
| 45 | aliexpress.com/store/1101263409 | JELLYFOND OUTLET Store |
| 46 | aliexpress.com/store/1101311240 | JINANDYU Dropshipping Store |
| 47 | aliexpress.com/store/1101684351 | jinheyushangmao Store |
| 48 | aliexpress.com/store/4998050 | Jumping monkey Store |
| 49 | aliexpress.com/store/1101705205 | KAIXUNLIN Store |
| 50 | aliexpress.com/store/1101292941 | KHTAA Stylish Store |
| 51 | aliexpress.com/store/1101701355 | KODKSA Store |
| 52 | aliexpress.com/store/1101398427 | LangJi Boutique Store |
| 53 | aliexpress.com/store/1101539655 | LTXiXi Offlcial Store |
| 54 | aliexpress.com/store/1100903668 | Maggie&Mike&Miao's Leisure Time |
| 55 | aliexpress.com/store/1101596475 | Marpai Store |
| 56 | aliexpress.com/store/4924055 | Mazefeng C-5 Store |
| 57 | aliexpress.com/store/1101888878 | MIANHAO Store |
| 58 | aliexpress.com/store/1101602651 | MiMinger Store |
| 59 | aliexpress.com/store/1101782602 | Misspop Store |
| 60 | aliexpress.com/store/1101739051 | Mr. Tree's Shoe Store |
| 61 | aliexpress.com/store/1100856284 | NEW OOPS Store |
| 62 | aliexpress.com/store/1101775584 | No. 6 Shoe workshop Store |
| 63 | aliexpress.com/store/1101734732 | OEING Women shoe Store |
| 64 | aliexpress.com/store/1101858697 | Olvido Official Store |
| 65 | aliexpress.com/store/1101663771 | One-of-a-kind man Store |
| 66 | aliexpress.com/store/1101886751 | pm&a Store |
| 67 | aliexpress.com/store/1101262448 | Pop Ring Clan Store |
| 68 | aliexpress.com/store/1101321899 | PUPUDA Official Store |
| 69 | aliexpress.com/store/1101808773 | QEAK Store |
| 70 | aliexpress.com/store/1101812098 | Qi Ming Store |
| 71 | aliexpress.com/store/1101293516 | RongFa Trading Company Store |
| 72 | aliexpress.com/store/1101701761 | ROOSTER Store |

| 73 | aliexpress.com/store/1101346521 | RYRJGLXP Store |
|---|---|---|
| 74 | aliexpress.com/store/1101530861 | Samkaayee's Store |
| 75 | aliexpress.com/store/4879003 | Sheng Yue 001 Store |
| 76 | aliexpress.com/store/1100732106 | Shining Stone JONIE DONIE Store |
| 77 | aliexpress.com/store/1101308717 | Shining Stone Official Store |
| 78 | aliexpress.com/store/1101904465 | Shiny Corner Store |
| 79 | aliexpress.com/store/1101029267 | Shoe accessories Store |
| 80 | aliexpress.com/store/1101987407 | Shop1100083025 Store |
| 81 | aliexpress.com/store/1102059016 | Shop1102057057 Store |
| 82 | aliexpress.com/store/1102143243 | Shop1102142260 Store |
| 83 | aliexpress.com/store/1102151384 | Shop1102144496 Store |
| 84 | aliexpress.com/store/1102199102 | Shop1102203047 Store |
| 85 | aliexpress.com/store/1100725383 | Shop436991 Store |
| 86 | aliexpress.com/store/4695017 | Shop4695017 Store |
| 87 | aliexpress.com/store/1101328842 | Shop5025067 Store |
| 88 | aliexpress.com/store/1101334724 | Shop5069229 Store |
| 89 | aliexpress.com/store/1101449099 | Shop5379185 Store |
| 90 | aliexpress.com/store/1101380361 | Shop5710011 Store |
| 91 | aliexpress.com/store/1101389937 | Shop5779223 Store |
| 92 | aliexpress.com/store/1101513056 | Shop910327189 Store |
| 93 | aliexpress.com/store/1101546697 | Shop910564076 Store |
| 94 | aliexpress.com/store/1101549097 | Shop910726021 Store |
| 95 | aliexpress.com/store/1101551614 | Shop910789044 Store |
| 96 | aliexpress.com/store/910791018 | Shop910791018 Store |
| 97 | aliexpress.com/store/1101566136 | Shop911065077 Store |
| 98 | aliexpress.com/store/911300032 | Shop911300032 Store |
| 99 | aliexpress.com/store/1101960391 | suprewhite Store |
| 100 | aliexpress.com/store/1101277972 | SZSGCN414 Store |
| 101 | aliexpress.com/store/1101909184 | Theogony Store |
| 102 | aliexpress.com/store/1101356458 | Toy bag Store |
| 103 | aliexpress.com/store/1102153505 | Trend Shoes Store |
| 104 | aliexpress.com/store/1101348932 | Tuzki Store |
| 105 | aliexpress.com/store/1101558789 | TWBEB Store |
| 106 | aliexpress.com/store/912574355 | VANDOWEN Official Store |
| 107 | aliexpress.com/store/1101933362 | Xiamei1314 Store |
| 108 | aliexpress.com/store/1101997565 | xiaoyumao Store |
| 109 | aliexpress.com/store/1101868993 | yanghui Store |
| 110 | aliexpress.com/store/1101814304 | YAXUANZIXIN Store |
| 111 | aliexpress.com/store/1101812741 | YBQJOO NFER Store |
| 112 | aliexpress.com/store/1101359453 | ZeeWes Official Store |
| 113 | amazon.com/sp?seller=AHAXJDT8Y4QZ9 | AELODGE |

| | | |
|---|---|---|
| 114 | amazon.com/sp?seller=AELPBACZSR1O9 | APATIY |
| 115 | amazon.com/sp?seller=A3K9UVTUMPV0XG | Arcpok |
| 116 | amazon.com/sp?seller=AXUOQHP4VCXS7 | AXUOQHP4VCXS7 |
| 117 | amazon.com/sp?seller=ASLJWOROT95DE | BeiDi Technology |
| 118 | amazon.com/sp?seller=A1LJ22BO54XRXI | bozongmaoyi |
| 119 | amazon.com/sp?seller=A3TMX1JAKHK3ON | Camping Choice |
| 120 | amazon.com/sp?seller=A3LAKOY1639386 | daililidedian |
| 121 | DISMISSED | DISMISSED |
| 122 | DISMISSED | DISMISSED |
| 123 | amazon.com/sp?seller=A31UM64D8L1G7M | gregfggffc |
| 124 | amazon.com/sp?seller=A1FHIUZY4YINUP | Guoxin US |
| 125 | DISMISSED | DISMISSED |
| 126 | amazon.com/sp?seller=A2SBR0I9CL1J5R | HoYi |
| 127 | amazon.com/sp?seller=A35VWNUHGUDV53 | hxybjy |
| 128 | amazon.com/sp?seller=A10AWDQA4U2BVK | JBTNBX |
| 129 | amazon.com/sp?seller=A2NCDEOCQYFBAW | jingjingriyongbaihuoshanghnag |
| 130 | amazon.com/sp?seller=A1PUWJMJKLEHKW | JINXQIN |
| 131 | amazon.com/sp?seller=A1UFI4ZET9YLAF | JOSINY |
| 132 | amazon.com/sp?seller=ARYC3DT8O4KQ7 | JOSINY Fashion |
| 133 | amazon.com/sp?seller=A1FTX8Z57S9AFK | Lantina Fashion Co., Ltd. |
| 134 | amazon.com/sp?seller=A2RG1BZR6JXHK6 | LvLiangShiJunHuaShangMao |
| 135 | DISMISSED | DISMISSED |
| 136 | amazon.com/sp?seller=A1BO51S518CRPZ | MAUGELY Store |
| 137 | amazon.com/sp?seller=A22ABWVZ17JIPQ | MIOBOOT-US |
| 138 | amazon.com/sp?seller=A31U3Y2M6LGL6Y | miulii |
| 139 | amazon.com/sp?seller=AIRSNB4H4MJK | MyAiocart |
| 140 | amazon.com/sp?seller=A3O5E70HWQNZF4 | nanlili shop |
| 141 | amazon.com/sp?seller=A19TY6YHWYCK7J | PEOPLE UNDER THE NEON |

| | | |
|---|---|---|
| 142 | amazon.com/sp?seller=A3FKDQDM0I43BO | Python becomes fine |
| 143 | amazon.com/sp?seller=A1GXCF60QERM2Z | SeeGoodFriend |
| 144 | amazon.com/sp?seller=A216VV8MUICMOS | SHUY |
| 145 | amazon.com/sp?seller=A28VER6G5LTFPJ | Siniodo |
| 146 | amazon.com/sp?seller=A1TK6IMD11AL7R | Stadium WP |
| 147 | amazon.com/sp?seller=A24YXYB69KXB9S | StoragePro Store |
| 148 | amazon.com/sp?seller=A2MEAN8M9HS7CU | TaiYuanShiXingHuaLingQuMiaoQiangQiangTiYuYongPin |
| 149 | amazon.com/sp?seller=A3ID67ZS5KCCX3 | WHK Store |
| 150 | amazon.com/sp?seller=A2YUD7RK2O00EQ | XIANGKUNDIANPU |
| 151 | amazon.com/sp?seller=A2Y5L2COCZF23Z | YCBM |
| 152 | amazon.com/sp?seller=A16M0TJWYYJO17 | YONG SI JI KE JI LTD |
| 153 | amazon.com/sp?seller=A1U44DPK8DY1GJ | Your3DArt |
| 154 | DISMISSED | DISMISSED |
| 155 | amazon.com/sp?seller=ALPZJX2HH15SF | zhuola |
| 156 | amazon.com/sp?seller=A3IHJC6ESJ6PX0 | zjlm |
| 157 | ebay.com/usr/auzb8070 | auzb8070 |
| 158 | ebay.com/usr/chuanfuxi | chuanfuxi |
| 159 | ebay.com/usr/ebestdeals | ebestdeals |
| 160 | ebay.com/usr/esvt6081 | esvt6081 |
| 161 | ebay.com/usr/fengxue00 | fengxue00 |
| 162 | ebay.com/usr/gofashions | gofashions |
| 163 | ebay.com/usr/goodjade888 | goodjade888 |
| 164 | DISMISSED | DISMISSED |
| 165 | ebay.com/usr/jade-bracelet-2018 | jade-bracelet-2018 |
| 166 | ebay.com/usr/jingyuanmaoyi | jingyuanmaoyi |
| 167 | ebay.com/usr/jth_5333 | jth_5333 |
| 168 | DISMISSED | DISMISSED |
| 169 | ebay.com/usr/mmjj4123 | mmjj4123 |
| 170 | ebay.com/usr/old_jade888 | old_jade888 |
| 171 | DISMISSED | DISMISSED |
| 172 | walmart.com/seller/101129367 | JointlyCreating |
| 173 | DISMISSED | DISMISSED |
| 174 | walmart.com/seller/101182036 | Luisport |
| 175 | walmart.com/seller/101173965 | Putian Baiyite Shangmao Youxian Gongsi |